ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| | | |
|---|---|---|
| NAYDA I. RIVERA APONTE, su esposo REYNALDO ROSADO RODRÍGUEZ y la Sociedad Legal Compuesta por Ambos; DAFNNE ROSADO RIVERA y la Sociedad Legal de Gananciales Compuesta por ella y su esposo MIGUEL ÁNGEL SEDA; ROCARDO ROSADO RIVERA<br><br>Parte Peticionaria<br><br><br>V.<br><br><br><br>DOCTORS' CENTER HOSPITAL BAYAMÓN, INC., ET AL.<br><br>Parte con Interés | TA2025CE00955 | *CERTIORARI* procedente del Tribunal de Primera Instancia Sala Superior de San Juan<br>_____<br>Caso Núm.:<br>SJ2023CV04083<br>_____<br>SOBRE:<br>DAÑOS, IMPERICIA MÉDICA |

Panel integrado por su presidenta la Juez Grana Martínez, el Juez Salgado Schwarz y la Juez Álvarez Esnard.

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2025.

Comparece ante nos Nayda I. Rivera Aponte, su esposo Reynaldo Rosado Rodríguez y la Sociedad Legal de Gananciales compuesta por ambos; Dafnne Rosado Rivera y la Sociedad Legal de Gananciales compuesta por ella y su esposo Miguel Ángel Seda; Ricardo Rosado Rivera, (en conjunto, "Peticionaria"), mediante el presente recurso de *certiorari*, presentado junto con una *Moción en Auxilio de Jurisdicción*, y solicita que dejemos sin efecto la *Orden* emitida por el Tribunal de Primera

---

[1] Mediante Orden Administrativa OATA-2025-243 del 9 de diciembre de 2025, se designa panel especial para atender asuntos urgentes.

Instancia, Sala Superior de San Juan, el 15 de diciembre de 2025. Mediante el referido dictamen, el foro primario concedió hasta el 15 de enero de 2026 a Doctor's Center Hospital, Bayamón, para que el Dr. Pablo Rodríguez adopte o rinda un informe pericial en sustitución de perito.

La parte peticionaria alega que si el Tribunal permite que el nuevo perito, el Dr. Pablo Rodríguez, emita su informe a la fecha señalada, se reabriría el descubrimiento de prueba pericial sin base probatoria.

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de *certiorari*, entendemos procedente no intervenir con la *Orden* recurrida. Por ello, **rechazamos** la *Moción en Auxilio de Jurisdicción*, así como **denegamos** la expedición del *certiorari*.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*